No. 98–6051. OGILVIE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–6053. BUTTERFIELD v. SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 28, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–6057. CROSS v. PLACER COUNTY SUPERIOR COURT. C. A. 9th Cir. Certiorari denied.

No. 98–6058. BURNEY v. THOMPKINS ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6061. REED v. SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 98–6062. QUARTERMAN v. LEWIS, JUDGE, PROBATE COURT OF CHATHAM COUNTY, GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98–6064. STANTON v. HUSZ ET AL. Ct. App. Wis. Certiorari denied.

No. 98–6071. JOHNSON v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–6073. SIKORA v. HOUSTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–6082. RANDLE v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 98–6086. MADISON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 98–6088. CARVER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98–6090. CAMPBELL v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 98–6092. JOHNSON v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 98–6095. DIGGS v. HALL ET AL. Ct. App. D. C. Certiorari denied.